Filed at _____ 4:39 P ___ M
_____ 2/26 , 20 20
                          BCL

**DEPUTY CLERK, U.S. DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| IN RE: FLOWERS FOODS INC. DERIVATIVE LITIGATION | ) ) Master File No.: 7:18-cv-00084-WLS ) ) |

## JUDGMENT

Plaintiffs William D. Wrigley and Stephen Goldberger, having moved for final approval of the derivative settlement set forth in the Stipulation and Agreement of Settlement, dated October 28, 2019, and the matter having come before the Honorable W. Louis Sands, Senior United States District Judge, and the Court, on February 26, 2020, having issued its Order Approving Derivative Settlement and Order of Dismissal with Prejudice, and having directed the Clerk of the Court to enter judgment, it is hereby **ORDERED, ADJUDGED AND DECREED:**

1.      This Judgment incorporates by reference the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated **February 26** 2020; and

2.      That for the reasons stated in, and pursuant to the terms set forth in, the Court's Order Approving Derivative Settlement and Order of Dismissal with Prejudice dated **February 26** , 2020, Plaintiff's Motion for Final Approval of Derivative Settlement is granted; accordingly this case is closed.

DATED: __2/26/20__          _____N. Louis Sands_____

THE HONORABLE W. LOUIS SANDS
SENIOR UNITED STATES DISTRICT JUDGE